**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-6545**

─────────────

ALBERT CURTIS MILLS,

                              Plaintiff - Appellant,

        versus

THOMAS STEWART,

                              Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge.  (CA-
97-3626-DKC)

─────────────

Submitted:  September 10, 1998      Decided:  September 24, 1998

─────────────

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Albert Curtis Mills, Appellant Pro Se.  Gloria Wilson Shelton, OF-
FICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Mills v. Stewart</u>, No. CA-97-3626-DKC (D. Md. Mar. 20, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2